```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :
       - v. -                    :    INDICTMENT
                                 :
MARIO ARNALDO HENRIQUEZ,         :    05 Cr. ____
                                 :
              Defendant.         :    05CRIM. 1 3 1 4
                                 :
- - - - - - - - - - - - - - - - x
```

JUDGE KARAS

COUNT ONE

The Grand Jury charges:

From at least in or about May 2001, up to and including the present, in the Southern District of New York and elsewhere, MARIO ARNALDO HENRIQUEZ, the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been denied admission, excluded, deported and removed from the United States subsequent to a conviction for commission of an aggravated felony, to wit, a conviction on or about March 19, 1986, in United States District Court for the District of Massachusetts, of conspiracy to distribute cocaine and possession with intent to distribute cocaine, without

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
```

having obtained the express consent of the Attorney General of the United States, or his successor, the Secretary for Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) and (b)(2).)

_____          _____
FOREPERSON                                MICHAEL J. GARCIA
                                          United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JAVIER SANCHEZ LASARO,

Defendant.

**INDICTMENT**

05 Cr.

(8 U.S.C. § 1326(a) and (b)(2))


MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

*Cheryl Greist*
                                     Foreperson.