

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 18, 2006

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/06

**BY HAND DELIVERY**

Honorable Kenneth M. Karas
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 920
New York, New York 10007-1312

Re: United States v. Mario Arnaldo Henriquez,
    05 Cr. 1314 (KMK)

Dear Judge Karas:

The Government writes to respectfully request, with the consent of defense counsel, that time be excluded, pursuant to 18 U.S.C. § 3161(h)(8)(A), through the next pretrial conference in the above-captioned case scheduled for April 25, 2006. Time has been excluded through today, when the conference was originally scheduled.

Such an exclusion will enable the defendant to continue discussions with the Government regarding a possible disposition of this case without trial. Accordingly, excluding time will best serve the ends of justice and outweigh the best interests of the public and the defendants in a speedy trial.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: *William J. Stellmach*
William J. Stellmach
Assistant United States Attorney
(212) 637-2101

cc: Richard Boulware, Esq.

*Time is excluded, pursuant to 18 USC §3161(c)(8)(A) to allow the parties to discuss a possible disposition, until April 25, 2006.*

SO ORDERED
KENNETH M. KARAS U.S.D.J.
4/18/06