**U.S. Department of Justice**

**MEMO ENDORSED**

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

May 25, 2006

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/26/06

BY HAND DELIVERY

Honorable Kenneth M. Karas
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 920
New York, New York 10007-1312

Re: United States v. Mario Arnaldo Henriquez,
    05 Cr. 1314 (KMK)

Dear Judge Karas:

The Government writes respectfully to request, with the consent of defense counsel, that the hearing scheduled in this case for June 28, 2006, be rescheduled to July 10, 2006, at 10:30 a.m., which the Government understands from conversations with Ms. Levine will accommodate Your Honor's schedule. Based on conversations with defense counsel, the Government understands that the hearing will likely focus on the conduct of Special Agent Thomas Kilbride of the Department of Homeland Security, Immigration and Customs Enforcement. Special Agent Kilbride, however, will be away until the proposed date on a previously planned family vacation.

If Your Honor requires any additional information, please do not hesitate to contact me.

SO ORDERED

[signature]
KENNETH M. KARAS U.S.D.J.
5/23/06

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: [signature]
    William J. Stellmach
    Assistant United States Attorney
    Telephone: (212) 637-2101

cc: Richard Boulware, Esq.