# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director and
Attorney-in-Chief*

*Southern District of New York*
John J. Byrnes
*Attorney-in-Charge*

May 31, 2006

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/1/06

**BY HAND**

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  **United States v. Mario Henriquez**
     **05 Cr. 1314**

Dear Judge Karas:

     I write to request that the time to file defense motions in
this case be extended to July 7, 2006.  The Court had previously
set May 26 as the date but had informed the parties to contact
the Court should an extension be necessary.  This adjournment is
requested to allow me additional time to arrange various
logistical issues associated with Mr. Henriquez's motion for
outrageous government conduct.  The government consents to this
request.  The parties would jointly request that the hearing in
this case be rescheduled to the first or second week in August.
The government has requested, and Mr. Henriquez consents to, an
exclusion of time under the Speedy Trial Act.

                              Respectfully,

                              Richard F. Bodlware
                              Assistant Federal Defender
                              Tel.: (212) 417-8732

Mr. Henriquez's time to file a motion is extended from May 26, 2006 to July 7, 2006. The Government's response is due August 7, 2006 and any reply is due on August 17, 2006. Upon reviewing the papers, the Court will set a hearing date. So Ordered.

cc: William Stellmach, Esq.