```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X

UNITED STATES OF AMERICA         :
                                      **NOTICE OF MOTION**
     - v -                       :
                                      05 Cr. 1314 (KMK)
**MARIO HENRIQUEZ**,             :

                                 :
          Defendant.
                                 :
---------------------------------X
```

    PLEASE TAKE NOTICE that the undersigned moves this Court, before the Honorable Kenneth M. Karas, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York, at a time to be designated by the Court for an order dismissing the indictment, on the grounds that the government engaged in outrageous conduct, or, in the alternative, granting hearings on these motions, and granting such other and further relief as this Court may deem just and proper.

Dated:  New York, New York
        July 7, 2006

                                      Respectfully submitted,

                                      LEONARD F. JOY, ESQ.
                                      Federal Defenders of New York, Inc.

                      By:        /s/_____
                                      **RICHARD F. BOULWARE, ESQ.**
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                          **MARIO HENRIQUEZ**
                                      52 Duane Street, 10th Floor
                                      New York, New York 10007

TO:  MICHAEL J. GARCIA, ESQ.
     United States Attorney
     Southern District of New York
     One St. Andrew's Plaza
     New York, New York 10007
     Attn.: **WILLIAM J. STELLMACH, ESQ.**
     Assistant United States Attorney