UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/06

United States of America,

-v-

Mario Arnaldo Henriquez

              Defendant.

Case No. 05-CR-1314 (KMK)

ORDER

**KENNETH M. KARAS**, District Judge:

    The above-entitled action having been assigned to the undersigned for all purposes,

    IT IS HEREBY ORDERED that all parties appear for oral argument on the outstanding motions filed in this case on **October 12, 2006 at 2:45pm** in the United States Federal Courthouse- 500 Pearl Street, New York, New York, Courtroom 21D.

SO ORDERED.

Dated:     August 22, 2006
            New York, New York

                                          KENNETH M. KARAS
                                          UNITED STATES DISTRICT JUDGE