

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

-v-

Mario Arnaldo Henriquez
              Defendant.

Case No. 05-CR-1314 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

The above-entitled action having been assigned to the undersigned for all purposes,

IT IS HEREBY ORDERED that all parties appear for hearing on the outstanding motions filed in this case on **November 29, 2006 at 10:45am** in the United States Federal Courthouse- 500 Pearl Street, New York, New York, Courtroom 21D.

SO ORDERED.

Dated:    November 9, 2006
            New York, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE