UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/28/06
```

United States of America,

    -v-

Mario Arnaldo Henriquez
                Defendant.

Case No. 05-CR-1314 (KMK)

AMENDED ORDER

KENNETH M. KARAS, District Judge:

    The above-entitled action having been assigned to the undersigned for all purposes,

    IT IS HEREBY ORDERED that all parties appear for hearing on the outstanding motions filed in this case on **January 4, 2007 at 10:00am** in the United States Federal Courthouse- 500 Pearl Street, New York, New York, Courtroom 21D.

SO ORDERED.

Dated:    November 28, 2006
           New York, New York

                                      KENNETH M. KARAS
                                      UNITED STATES DISTRICT JUDGE