UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

-v-

Mario Arnaldo Henriquez
              Defendant.

Case No. 05-CR-1314 (KMK)

AMENDED ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/06

KENNETH M. KARAS, District Judge:

    The above-entitled action having been assigned to the undersigned for all purposes,

    IT IS HEREBY ORDERED that all parties appear for hearing on the outstanding motions filed in this case on **January 8, 2007 at 10:00am** in the United States Federal Courthouse- 500 Pearl Street, New York, New York, Courtroom 21D.

SO ORDERED.

Dated:    December 7, 2006
              New York, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE