

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York  10007*

December 28, 2006

**BY HAND**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
500 Pearl Street, Room 920
New York, New York  10007

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1|8|07

          Re:  *United States v. Mario Henriquez*
               05 Cr. 1314 (KMK)

Dear Judge Karas:

     The parties in the above-referenced case are scheduled to be
before Your Honor for a hearing at 10:00 a.m. on January 8, 2007.
The Government has been informed that one of the witnesses for
the hearing is scheduled to be the case agent in a trial before
the Honorable Kevin T. Duffy on January 8, 2007.  Therefore, the
Government respectfully requests that the hearing be scheduled
for another date.  Richard Boulware, counsel for the defendant,
has been made aware of this scheduling issue.

     Please do not hesitate to contact me should Your Honor need
any further information.

                         Respectfully Submitted,

                         MICHAEL J. GARCIA
                         United States Attorney

               By:  _____
                         Loyaan A. Egal
                         Assistant United States Attorney
                         Telephone: (212) 637-2205

*The hearing will be adjourned until January 11, 2007 at 10:30 am.*

cc:  Richard F. Boulware, Esq. (*via facsimile*)

SO ORDERED

KENNETH M. KARAS U.S.D.J.
1/4/07