UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/07

| UNITED STATES OF AMERICA, | |
|---|---|
| -v- | Case No. 05-CR-1314 (KMK) |
| MARIO HENRIQUEZ, | ORDER |
| Defendant. | |

KENNETH M. KARAS, District Judge:

For the reasons stated on the Record on March 22, 2007, Defendant's Motion to Dismiss the Indictment (Doc. No. 12) is DENIED. The Clerk of the Court is directed to terminate the motion.

SO ORDERED.

Dated:    March 22, 2007
         New York, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE