

**U.S. Department of Justice**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/13/07
```

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 12, 2007

**BY FACSIMILE**

**MEMO ENDORSED**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
500 Pearl Street, Room 920
New York, New York 10007

Re:   *United States* v. *Mario Henriquez*,
      05 Cr. 1314 (KMK)

Dear Judge Karas:

The Government writes to respectfully request that Your Honor adjourn the next pretrial conference in this case, scheduled for April 13, 2007, at 9:30 a.m. After contacting Ms. Eileen Levine to inquire about the Court's schedule, the Government further requests that the Court schedule this matter for a possible plea on April 27, 2007, at 10:15 a.m.

The Government is engaged in discussions with Richard F. Boulware, Esq., counsel for the defendant, and expects a disposition in this case shortly. The Government respectfully requests that time be excluded, pursuant to 18 U.S.C. § 3161(h)(8)(A), until the next pretrial conference. The ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial because the continuance will permit the Government and the defendant to reach a disposition in this case. Mr. Boulware has consented to the exclusion of time and the scheduling of the next appearance for April 27, 2007, at 10:15 a.m.

*Conference adjourned until 4/27/07 at 10:15. Time is excluded for the reasons noted in this letter.*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Loyaan A. Egal
Assistant United States Attorney
Telephone: (212) 637-2205

cc: Richard F. Boulware, Esq. (*via* facsimile)

SO ORDERED
KENNETH M. KARAS U.S.D.J.
4/12/07

TOTAL P.02