# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
Executive Director

Southern District of New York
John J. Byrnes
Attorney-in-Charge

May 29, 2006

**MEMO ENDORSED**

**BY HAND**

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/07

Re:  **United States v. Mario Henriquez**
     **05 Cr. 1314 (KMK)**

Dear Judge Karas:

   I write to request that Court set a conference as soon as possible so that a motion schedule may be set for Mr. Henriquez to withdraw his plea. It came to my attention through Mr. Henriquez's immigration attorneys on May 17, 2007 that he in fact had a defense in this case - specifically, that he had been unlawfully deported from this country because of ineffective assistance of counsel at his immigration proceedings. I had not previously been aware of such a defense and had not advised my client of such a defense. I immediately contacted government counsel on May 18, 2007 in the hope that we could make a joint recommendation to the Court for the withdrawal of Mr. Henriquez's plea. Unfortunately, the parties have not yet been able to agree upon such a joint recommendation. I am therefore writing to the Court to request a conference to discuss this matter and set a motion schedule for this case.

*The Court will hold a conference on June 6, 2007, at 2:15pm to discuss the putative motion to withdraw the guilty plea.*

Respectfully submitted,

Richard F. Boulware
Assistant Federal Defender
Tel.: (212) 417-8732

cc: William Stellmach, Esq.

SO ORDERED

KENNETH M. KARAS U.S.D.J.