# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

July 6, 2007

BY FACSIMILE:

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
500 Pearl Street,
New York, NY 10007

**MEMO ENDORSED**

Re: **United States v. Mario Arnaldo Henriquez**
    **05 CR 1314 (KMK)**

Dear Judge Karas:

I have taken over this case from my former colleague, Richard Boulware, who has recently left our office. A deadline to file a motion to withdraw Mr. Henriquez's plea was set for July 9, 2007. I write this letter to request that this deadline be adjourned for one week, to July 16, 2007. I have attempted to contact AUSA William Stellmach to obtain consent to this request, but he is on vacation and I have been unable to reach him. I consent to exclusion of time under the Speedy Trial Act.

Respectfully Submitted,

By: /s/ Peter Tsapatsaris
**Peter Tsapatsaris**
Federal Defenders of New York
Attorney for Defendant
**Mario Henriquez**
52 Duane Street - 10th Floor
New York, New York 10007
Tel.: (212) 417-8713

Cc: William J. Stellmach, Esq.
    Assistant United States Attorney

Granted.

SO ORDERED
KENNETH M. KARAS U.S.D.J.
7/9/07

TOTAL P.002