UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :

    - v -                              :        **NOTICE OF MOTION**

**MARIO ARNALDO HENRIQUEZ,**          :        **05 CR 1314 (KMK)**

        Defendant.                 :

- - - - - - - - - - - - - - - - - x

**PLEASE TAKE NOTICE**, that upon the annexed declaration of **Peter N. Tsapatsaris** and the accompanying memorandum of law, the undersigned will move this Court, before the Honorable Kenneth M. Karas, United States District Judge for the Southern District of New York, 500 Pearl Street, New York, New York, at a time to be designated by the Court, for an order to 1) permit the defendant to withdraw his plea and (2) dismiss the Indictment, pursuant to Rules 11 and 12 of the Federal Rules of Criminal Procedure, and granting such other and further relief as this Court deems just and proper.

Dated:  New York, New York
       July 14, 2007
                            Respectfully submitted,

                            **LEONARD F. JOY, ESQ.**
                            The Legal Aid Society
                            Federal Defender Division

                By: _____
                            **Peter N. Tsapatsaris, ESQ.**
                            Attorney for Defendant
                            **MARIO ARNALDO HENRIQUEZ**
                            52 Duane Street - 10th Floor
                            New York, New York  10007
                            Tel.: (212) 417-8713

TO:
    **Michael Garcia, ESQ.**
    United States Attorney
    Southern District of New York
    One St. Andrew's Plaza
    New York, New York 10007
    Attn: William J. Stellmach, Esq.
          Assistant United States Attorney