

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 7/17/07]

July 16, 2007

**BY HAND DELIVERY**

Honorable Kenneth M. Karas
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 920
New York, New York 10007-1312

**MEMO ENDORSED**

      Re:  <u>United States v. Mario Arnaldo Henriquez</u>,
           05 Cr. 1314 (KMK)

Dear Judge Karas:

      The Government respectfully submits this letter to request a one week extension to July 30, 2007, for the filing of its response to the defendant's motion to withdraw his plea. On July 11, Your Honor granted the defendant's request for a one week adjournment of his motion, and the Government's requested extension date would preserve the original two week response time set forth in the original briefing schedule. Mr. Tsapatsaris is on vacation, and I have been unable to reach him and to obtain his consent. If Your Honor requires any additional information, please do not hesitate to contact me.

                                Respectfully submitted,

                                MICHAEL J. GARCIA
                              United States Attorney

                     By:  /s/ William J. Stellmach
                         William J. Stellmach
                         Assistant United States Attorney
                         Telephone: (212) 637-2101

cc: Peter N. Tsapatsaris, Esq.

*[Handwritten endorsement:]* The Government has until July 30, 2007 to respond to Mr. Henriquez's motion to withdraw his plea. Mr. Henriquez has the same time to reply as originally given.

SO ORDERED.

/s/ Kenneth M. Karas
HONORABLE KENNETH M. KARAS
UNITED STATES DISTRICT COURT JUDGE