UNITED ATES DEPARTMENT OF JUSTICE
ration and Naturalization Service

## ORDER TO SHOW CAUSE and NOTICE OF HEARING

In Deportation Proceedings under Section 242 of the Immigration and Nationality Act

UNITED STATES OF AMERICA:      File No. __A12 345 175__

In the Matter of    HENRIQUEZ, Mario Arnaldo      Respondent.
16 Coniston Road, Second Floor
__Roslindale, Massachusetts  02131__
Address (number, street, city, state, and ZIP code)

UPON inquiry conducted by the Immigration and Naturalization Service, it is alleged that:

1. You are not a citizen or national of the United States;
2. You are a native of __Ecuador__
   and a citizen of __Ecuador__ ;
3. You entered the United States at __Miami, Florida__ on or about __September 23, 1961__;
   (date)

(See continuation sheet which is attached hereto and made a part hereof)

AND on the basis of the foregoing allegations, it is charged that you are subject to deportation pursuant to the following provision(s) of law:

(See continuation sheet which is attached hereto and made a part hereof)

WHEREFORE, YOU ARE ORDERED to appear for hearing before an Immigration Judge of the Immigration and Naturalization Service of the United States Department of Justice at __Room 510, JFK Federal Building, Government Center, Boston, Massachusetts__ on __a date & time to be set__ at __a later date__, and show cause why you should not be deported from the United States on the charge(s) set forth above.

Dated: May 9, 1989

(signature and title of issuing officer)

Assistant District Director for Investigations
Boston, Massachusetts
(City and state)

MAH 0007

Form I-221 (Rev. 7-1-73)Y

(over)

UNITED STATES DEPARTMENT OF JUSTICE
Immigration and Naturalization Service

A12 345 175

### CONTINUATION SHEET

4. At that time, you entered the United States as a lawful permanent resident alien;
5. On March 18, 1986, you were convicted of Conspiracy to Distribute Cocaine and Possession With Intent to Distribute Cocaine; in violation of Title 21, U.S. Code, Sections 846 and 841(a)(1).

AND on the basis of the foregoing allegations, it is charged that you are subject to deportation pursuant to the following provision(s) of law:

Section 241(a)(11) of the Immigration and Nationality Act, in that, you have been convicted of a Violation of any Law or regulation of a State, The United States, or a foreign country relating to a controlled substance (as defined in Section 102 of The Controlled Substances Act (21 U.S.C. 802)) to wit: Conspiracy to Distribute Cocaine and Possession with Intent to Distribute Cocaine, in violation of Title 21, United States Code, Sections 846 and 841 (a)(1).

MAH 0008