| | |
|---|---|
| Case: | <u>United States</u> v. <u>Mario Arnaldo Henriquez</u><br>05 Cr. 1314 (KMK) |
| Date: | July 17, 1989 |
| Participants: | Judge<br>Mario Henriquez- Defendant<br>William McCullah - INS Attorney |
| Abbreviations: | U/I = Unintelligible<br>(ph) = Phonetic Spelling<br>// = Voices overlap<br>sl = Sounds like |

| | | |
|---|---|---|
| 1 | Judge: | U/I  July 17, 1989 in regards to the U/I deportation proceeding |
| 2 | | following A12345175 U/I Henriquez. On behalf of the Immigration |
| 3 | | Services, U/I  William McCullah (ph), General Attorney, Boston, |
| 4 | | Mass. U/I this hearing in Court at this time without an attorney. Sir, |
| 5 | | this is the beginning of your deportation hearing in these |
| 6 | | proceedings, the Immigration Service, um, ah, believes that you are |
| 7 | | deportable from the United States as a result of an alleged conviction |
| 8 | | for conspiracy to distribute cocaine and possession with, with intent |
| 9 | | to distribute cocaine. In these proceedings you could be ordered |
| 10 | | deported from the United States. If you are a lawful permanent |
| 11 | | resident of the United States you could lose that status here. You |
| 12 | | have the right to be represented by an attorney or other qualified |
| 13 | | representative at no expense to the United States government. If you |
| 14 | | cannot afford an attorney, we have a list of free legal service |
| 15 | | organizations available to you. Um, did you get that list, sir? |
| 16 | Henriquez: | Um U/I |
| 17 | Judge: | You don't have the list? Alright. The list will be given to you at this |
| 18 | | time. Thank you. Did you have an attorney represent you before? |
| 19 | Henriquez: | Yes, sir. |
| 20 | Judge: | Who was that? |
| 21 | Henriquez: | Mr. Roth and George. |
| 22 | Judge: | Okay, but he's  not going to represent you any longer? |
| 23 | Henriquez: | U/I |
| 24 | Judge: | Now, how did you get notice of today's  proceeding? |
| 25 | Henriquez: | Um, I was um, detained by immigration officers back in May. |
| 26 | Judge: | Okay. And your address is 16 Conistan (ph) Road, 2nd floor, |
| 27 | | Roslyndale, Mass. Yup, alright. Do you wish time to get an attorney |
| 28 | | to represent you, sir? Do you want some more time to try and get an |
| 29 | | attorney? Any objection Mr. McCullah? |

| | | |
|---|---|---|
| 1 | McCullah: | No objection. |
| 2 | Judge: | Alright. We're going to have you return here sir, on October 31, |
| 3 | | 1989 at 8:30 in the morning. |
| 4 | Henriquez: | Okay, sir. |
| 5 | Judge: | You must have your attorney here with you. If you don't have an |
| 6 | | attorney at that time we're going to proceed without an attorney, |
| 7 | | okay. So that's the only notice you're going to be receiving. You |
| 8 | | won't get a written notice. Remember, it's October 31 at 8:30 in the |
| 9 | | morning. You understand that sir? |
| 10 | Henriquez: | Yes, sir. |
| 11 | Judge: | Okay.  Thank you. |