| | |
|---|---|
| Case: | <u>United States</u> v. <u>Mario Arnaldo Henriquez</u><br>05 Cr. 1314 (KMK) |
| Date: | June 8, 1990 |
| Participants: | Judge Kenneth A. Baglin<br>Neil Cassman - INS Attorney |
| Abbreviations: | U/I    = Unintelligible<br>(ph)   = Phonetic Spelling<br>//     = Voices overlap<br>sl     = Sounds like |

| | | |
|---|---|---|
| 1 | Judge: | This is the Immigration Court of Boston, June 8th 1990. Immigration |
| 2 | | Judge Kenneth A. Baglin (ph). Deportation proceeding file |
| 3 | | A12345175, Mario Arnaldo Henriquez. On behalf of the |
| 4 | | Immigration Services, Neil Cassman (ph), General Attorney, Boston, |
| 5 | | Mass. The respondent is not present in court at this time. In prior |
| 6 | | proceedings the respondent had admitted the truth of the factual |
| 7 | | allegations and the Order to Show Cause and conceded deportability |
| 8 | | as charged. Ecuador was designated by the respondent as the country |
| 9 | | for deportation purposes if necessary and the case was sent down uh |
| 10 | | for a hearing originally on April 23, 1990 at 1:00 in the afternoon. |
| 11 | | And then that date was changed. I believe I was out sick that day and |
| 12 | | on April 25, 1990 a notice was sent out relative to a hearing today at |
| 13 | | 1 o'clock. The notice was sent to Eva H. Clark of 30 Julian Street, |
| 14 | | Dorchester, Massachusetts, 02125. That is the person who has |
| 15 | | submitted to the Court a Notice of Appearance dated October 31, |
| 16 | | 1989. And in that Notice of Appearance, ah, she indicates that she's |
| 17 | | a member in good-standing of the Massachusetts Supreme Judicial |
| 18 | | Court. Um, at the time of the uh, hearing on October 31, 1989, the |
| 19 | | respondent indicated that through counsel, he would be seeking a |
| 20 | | waiver under Section 212-C of the Act. He was directed to file this |
| 21 | | application no later than December 15, 1989. Uh, the respondent, |
| 22 | | strike that, the record of proceedings contains no I-191 application |
| 23 | | for waiver and in reviewing the case, cases for today I noticed that |
| 24 | | there was no waiver application in the file. Uh, upon the long-term |
| 25 | | residence or apparent long-term residence of the respondent, I |
| 26 | | wanted to check further on this and have the court clerk contact the |
| 27 | | trial attorneys to see whether or not they had received an I-191. Um, |
| 28 | | we were advised that they had not received one so I then had the |
| 29 | | clerk call the attorney to see whether or not she had received an I- |
| 30 | | 191. The court clerk advised the Court that ah, when she attempted |
| 31 | | to call the attorney at the phone number listed in the Notice of |
| 32 | | Appearance, she received a recording indicating that the number had |
| 33 | | been disconnected. At that point I requested the law clerk to call the |
| 34 | | Massachusetts Bar Association to see if this attorney was still a |
| 35 | | member in good-standing. And she did so, and was advised by the |
| 36 | | Bar Association that the attorney was suspended for administrative |
| 37 | | reasons on April 5, 1990. Um, I will note for the record that the date |
| 38 | | of the notice to the attorney was April 25, 1990, which would have |
| 39 | | been after the date that she was suspended, according to the Bar |
| 40 | | Association. What I propose to do is to send a notice out um, at least |

| | | |
|---|---|---|
| 1 | | to the respondent at his last known address, which I have as 16 |
| 2 | | Conistan Road, 2nd Floor, Roslyndale, Massachusetts, 02131. |
| 3 | Cassman: | Could I just have your U/I |
| 4 | Judge: | Yes, uh huh. |
| 5 | Cassman: | U/I preparation for this case Your Honor I did contact, after I U/I the |
| 6 | | two U/I applications had been U/I submitted to us U/I the Court. U/I |
| 7 | | parole officer, from the US Parole Department and uh, I was advised |
| 8 | | that, he would be released to the parole office, probation office in |
| 9 | | New York City, Your Honor. U/I Um, contacted, um the U/I to, who |
| 10 | | would be responsible for this case and uh, U/I did get an address in |
| 11 | | New York to which the respondent should be reached. |
| 12 | Judge: | Okay. |
| 13 | Cassman: | And he would U/I the probation officer in Boston indicated to me |
| 14 | | that the requirements U/I pursuant to U/I in this case. We haven't |
| 15 | | received any U/I |
| 16 | Judge: | No, I have nothing here to indicate that. |
| 17 | Cassman: | U/I have um, um, a Cindy Henriquez. |
| 18 | Judge: | How do you spell the first name? |
| 19 | Cassman: | C-I-N-D-Y |
| 20 | Judge: | Uh huh. Henriquez. H-E-N// |
| 21 | Cassman: | It's the same H-E-N-R-I-Q-U-E-Z. |
| 22 | Judge: | Okay. |
| 23 | Cassman: | 47-10 |
| 24 | Judge: | 47 what? |
| 25 | Cassman: | Dash. |

| | | |
|---|---|---|
| 1 | Judge: | Oh, dash ten. |
| 2 | Cassman: | U/I A-U-R-E-L. |
| 3 | Judge: | Uh huh. |
| 4 | Cassman: | 045. Queens, New York. I couldn't get a zip code Your Honor. |
| 5 | Judge: | Okay. We should be able to get that. |
| 6 | Cassman: | And, I have a telephone number that the |
| 7 | Judge: | Okay. |
| 8 | Cassman: | 718 |
| 9 | Judge: | Uh huh. |
| 10 | Cassman: | 472-4823. |
| 11 | Judge: | 4823. |
| 12-15 | Cassman: | U/I Yes. U/I that's U/I couldn't get a connection. The probation officer tried to call that number. But, they tried from Boston and didn't have any success. U/I In other words, he started a number of U/I in New York U/I involved in U/I another U/I in New York. |
| 16 | Judge: | Uh huh. |
| 17 | Cassman: | Maybe U/I a number of U/I notice to the respondent that the U/I |
| 18-21 | Judge: | Yeah, I think we'll send it to both addresses and I'll send one as well to the attorney, just in case the attorney's been re-instated at that point. So, let me get the dates of the next hearing. We'll go off the record for that purpose. |
| 22-25 | Judge: | Okay, we're back on record. I've been advised by the court clerk that the next available hearing date is February 25, 1991 at 9:00 in the morning. And, so we will send notice of that hearing date as indicated. And we'll be adjourned until then. |

3