| | |
|---|---|
| Case: | <u>United States</u> v. <u>Mario Arnaldo Henriquez</u><br>05 Cr. 1314 (KMK) |
| Date: | April 4, 1991 |
| Participants: | Judge Leonardo D'Ambrosio<br>John Furlong - INS Attorney |
| Abbreviations: | U/I       = Unintelligible<br>(ph)     = Phonetic Spelling<br>//         = Voices overlap<br>sl        = Sounds like |

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9 | Judge: | This is a continued hearing of deportation in the matter of Mario Arnaldo Henriquez, file A1234175. This hearing is being held at the Executive Office for Immigration Review, Boston, Mass. April 4, 1991, before Immigration Judge Leonardo D'Ambrosio. Now, for the record, the above named respondent is not present, but appearing on behalf of the Immigration and Naturalization Service, John M. Furlong, General Attorney, Immigration Naturalization Service, JFK Federal Building. Government Center, Boston, Mass. 02203. Mr. Furlong, would you identify yourself. |
| 10<br>11 | Furlong: | Yes, Judge, John M. Furlong, F-U-R-L-O-N-G, trial attorney Boston, visiting your courtroom today, Your Honor. |
| 12<br>13 | Judge: | Mr. Furlong, the respondent is not present. Have you been notified in anyway whether or not he would appear today? |
| 14 | Furlong: | I've had no telephonic or written communication to any third party. |
| 15<br>16 | Judge: | Do you have any appearance of any other counsel, other than the appearance previously submitted by Eva H. Clark? |
| 17 | Furlong: | I do not, Your Honor. |
| 18 | Judge: | Have you received any motions for venue change? |
| 19 | Furlong: | None. No motions for a venue change. |
| 20<br>21<br>22<br>23<br>24<br>25<br>26<br>27<br>28<br>29<br>30<br>31<br>32 | Judge: | No. To the best of my knowledge and information, the Court has not received any notice that the respondent would not appear in any manner. Nor has the Court had any other appearance of counsel, than the one, Eva H. Clark. I understand from listening to the tapes that she's been suspended or disbarred, but it appears that she is not longer is representing the respondent. There is no evidence that she ever submitted a motion for withdrawal of counsel. Respondent has mentioned in the previous hearings an attempt to obtain substitute counsel. But as of this date, there is no word or communication from respondent he was successful in obtaining substitute counsel. Now, it's approximately 2:15 PM. This case was scheduled on this date at 1:00 pm. You made a search of the premises to determine whether or not the respondent was present Mr. Furlong? |

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5 | Furlong: | Before you went on the record, Your Honor, I visited the entire floor here. I looked in the other courtrooms, except the one that is detaining the guards. They tell me there's nobody in there. U/I detained respondents. And I went into the men's room, and there was nobody on the floor. |
| 6 | Judge: | What is the U/I |
| 7<br>8 | Furlong: | Your Honor, I would like to go forward in his absence here today, Your Honor. |
| 9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24<br>25<br>26<br>27<br>28<br>29<br>30<br>31<br>32<br>33<br>34<br>35 | Judge: | Well, noting that the respondent has not appeared, no notices have been given to the Court. U/I service respondents, that would not appear. No reasonable explanation has been provided. The case will proceed in absentia. I'm marking into the record as Exhibit number 2 the notice of the hearing for July 17th, 1989. That was addressed to the respondent at the Roslyndale address. That case was then set, I notice also one to Nancy Kelly of the Greater Boston Legal Services. That will be Exhibit 3. And there was a hearing for the same date of July 17, 1989. Then there was a notice of a hearing date sent to Eva H. Clark, on April 25, 1990, for the hearing of June 8, 1990. I'll make that Exhibit 4. There were other hearings held, there was a hearing held on July 17, 1989 and October 31, 1989. A hearing scheduled for April 23, 1990. That hearing did not go forth. The next hearing is June 8th, 1990. And there's a second notice, another notice October 25, 1991 addressed to the respondent at an address in New York. Make the Exhibit 5. And those for that hearing date are set to respond to his Roslyndale address. Make that Exhibit 6. And those for that hearing date were sent to his counsel October 25, Eva H. Clark. Make that Exhibit 7. Usually deportablity that hasn't been resolved in a prior hearing, which respondent U/I deportable. Uh, Ecuador is U/I seeking under Section 212-C. Mr. , Eh, respondent was given until reasonable date of December 15, 1989 to submit an application that was not submitted. He was given until March 15, 1991 to submit a second, a second opportunity to submit the application and the Court has not received that application. Mr. Furlong, have you received an application on either one of those two dates? |
| 36 | Furlong: | No, Your Honor. U/I my file doesn't reflect, it reflects that of there |

| | | |
|---|---|---|
| 1 | | is no I-191 U/I . |
| 2 | Judge: | Respondent was specifically informed, advised, obtaining |
| 3 | | application, completed and submitted by the date of March 15, 1991 |
| 4 | | by Immigration Judge. On October 25, 1991. Mr. Furlong, to |
| 5 | | complete the record do you have a copy of the record of conviction? |
| 6 | Furlong: | Your Honor, I have U/I documents from U/I find 2 copies of the first |
| 7 | | 2 pages of the Visa, saying the gentleman did U/I lawful permanent |
| 8 | | resident alien law. |
| 9 | Judge: | Based on similarity of names? I'll make it part of the record, as |
| 10 | | Exhibit 8. |
| 11 | Furlong: | Now, one more document for your consideration Judge, is a certified |
| 12 | | copy of the conviction. It has the respondent's name and has the date |
| 13 | | of conviction and the charges. U/I also has U/I Order to Show Cause. |
| 14 | Judge: | I'll note as to the conviction on March 18, 1986, even thought ht |
| 15 | | cause is not specified on the allegations by, note that it was in the |
| 16 | | United States District Court, District of Massachusetts, and uh, the |
| 17 | | information as to charge, conspiracy to distribute cocaine and |
| 18 | | possession with intent to distribute. Respondent was found guilty on |
| 19 | | both counts and sentenced to 5 years served concurrently, on Counts |
| 20 | | 1 and 2, with a 3 year special parole term. That will be Exhibit 9. |
| 21 | | And, even though respondent has pleaded to the allegations in the |
| 22 | | charge, I find these documents to establish a factual basis for the |
| 23 | | allegations and establish deport ability. Since the respondent is not |
| 24 | | now, not here, and the seek U/I application for relief and not having |
| 25 | | timely applied, file an application, deemed that the application has |
| 26 | | been abandoned and it will be entered that the respondent be |
| 27 | | deported to Ecuador on the charge contained in the Order to Show |
| 28 | | Cause. A copy of the Order will be sent to the respondent's last |
| 29 | | known address. Anything further at this time, Mr. Furlong? |
| 30 | Furlong: | No, nothing further Judge. |
| 31 | Judge: | The hearing is closed. |