UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
OFFICE OF THE IMMIGRATION JUDGE
BOSTON, MASSACHUSETTS

HENRIQUEZ, MARIO ARNALDO
c/o ~~Cindy Henriquez~~
405 KNICKERBOCKER AVE. 4TH FL.
BROOKLYN        NY 11237

Date: 04/04/91

File A12-345-175

In the Matter of:
    HENRIQUEZ, MARIO ARNALDO

✓ Attached is a copy of the written decision of the Immigration Judge. This decision is final unless an appeal is taken to the Board of Immigration Appeals. The enclosed copies of FORM EOIR 26, Notice of Appeal, and FORM EOIR 27, Notice of Entry as Attorney or Representative, properly executed, must be filed with this office on or before 4/17/91. The appeal must be accompanied by proof of paid fee ($110.00).

____ Enclosed is a copy of the oral decision.

____ Enclosed is a transcript of the testimony of record.

____ You are granted until _____ to submit a brief to this office in support of your appeal.

____ Opposing counsel is granted until _____ to submit a brief in opposition to the appeal.

All papers filed with the Court shall be accompanied by proof of service upon opposing counsel.

Sincerely,

*Nancy Ciulla*
Immigration Court Clerk        UL

cc: JOHN M. FURLONG
    GOVERNMENT CENTER
    BOSTON, MA  02203

**MAH 0006**