

ATTORNEYS • ABOGADOS

:RRY WILLIAM BRETZ, ESQ.
MITTED IN NEW YORK,
NNECTICUT AND FLORIDA

IRWIN J. BERKOWITZ, ESQ.
ADMITTED IN NEW YORK
AND NEW JERSEY

MATTHEW L. GUADAGNO, ESQ.
ADMITTED IN NEW YORK

ALAN STRAUSS, ESQ.
ADMITTED IN NEW YORK

November 16, 1998

By Facsimile 212- 620-6941

Deportation Officer Blake
Immigration and Naturalization Service
201 Varick Street, 4th Floor
New York, NY 10014

Re:   Mario HENRIQUEZ, A12-345-175

Dear Officer Blake:

As per our conversation today, please be advised that the above-referenced respondent *will not* be filing an appeal of the 27 October 1998 decision by the Immigration Judge denying respondent's motion to reopen proceedings. The respondent has advised me that he wants to be deported as soon as possible.

Should you require anything further, please call me. Thank you very much for your attention to this matter.

Very truly yours,

Kerry W. Bretz

**MAH 0009**

299 BROADWAY, SUITE 810 • NEW YORK, NY 10007-1901 • TEL 212. 267. 2555 • 800. 272. 8160 • FAX 212. 267. 2129