# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

*Southern District of New York*
John J. Byrnes
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8\8\07

August 6, 2007

**MEMO ENDORSED**

BY FACSIMILE:

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
500 Pearl Street,
New York, NY 10007

Re: **United States v. Mario Arnaldo Henriquez**
**05 CR 1314 (KMK)**

Dear Judge Karas:

I am writing this letter pursuant to a conversation
with your honor's law clerk regarding Mr. Henriquez's
request for new counsel. Mr. Henriquez's case was recently
transferred to me after the departure of Richard Boulware
from our office. Since coming on the case, Mr. Henriquez
and I have had disagreements about how to proceed with the
defendant's July 14, 2007, motion. The attorney client
relationship has deteriorated as a result and Mr. Henriquez
no longer trusts my legal advice. Mr. Henriquez therefore
requests that the Court schedule a status conference and
appoint a new attorney to handle his case.

Respectfully Submitted,

By: _____
**Peter Tsapatsaris**
Federal Defenders of New York
Attorney for Defendant
**Mario Henriquez**
52 Duane Street - 10th Floor
New York, New York 10007
Tel.: (212) 417-8713

The Court will hold a conference
on August 14, 2007, at 10:30AM.

SO ORDERED
_____
KENNETH M. KARAS U.S.D.J.
8/7/07

TOTAL P.002

Honorably Judge Kenneth Karas
United States District Judge,
Southern District of New York
500 Pearl street
New York, N.Y. 10007.

Grace to you and peace from God our Father and
the Lord Jesus Christ.

Good day, your honor I wish you the best in this
year. May you be in great health and prosperity.

Sir, at this time I wish Mr. Peter Tsapotsanis
removed from my case. He seems to be prejudice
against immigrates that are in need of a status
Adjustment your honor. Which is all I need.

My life, right now is a desaster, my kids are
in dire need of me, my mom has cervical cancer my
dad is also under medical care, my wife got raped
my sister needing my guidance. My whole family is upset

Today, will be my 28th month here. The law firms
of Federal Defenders I find are not upholding
the United States Constitution that our fore fathers
made sir. There fore, I request for an attorney
Change. I also believe there is a conflict of interest here.

Sincerely,

Mario Arnaldo Henriquez

The word of God say "Thou shall not bare false
witness." well, it's been done against me.