UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC
DOCU
ELEC
DOC #
DATE

FILED
8|17|07

UNITED STATES OF AMERICA,

      -v-

Case No. 05-CR-1314 (KMK)

MARIO HENRIQUEZ,

ORDER

           Defendant.

KENNETH M. KARAS, District Judge:

In light of the Court's decision, stated on the record on August 14, 2007, to grant the application of Peter Tsapatsaris, Esq., to withdraw as defense counsel in this case, Defendant's Motion to Withdraw His Guilty Plea and Dismiss the Indictment is denied without prejudice.

SO ORDERED.

Dated:     August 16, 2007
            New York, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE