UNITED STATES DISTRICT COURT
<u>SOUTHERN DISTRICT OF NEW YORK</u>

UNITED STATES OF AMERICA

                                05 CR 1314 (KMK)

    -Against-                          CALENDAR NOTICE

Mario Arnaldo Henriquez,

        Defendant.

---

Please take notice that the above captioned has been scheduled for:

\_\_ Pre-trial conference     \_\_ Motion conference     \_\_ Oral argument
\_\_ Settlement conference     \_\_ Plea Hearing     \_\_ Sentencing
\_\_ Rule (16) conference     \_\_ Final pre-trial conference
\_\_ Telephone Conference     \_\_ Jury Selection and Trial
\_\_ Non-Jury Trial     ✓ Status conference

before the Honorable Kenneth M. Karas, United States District Judge, on October 17, 2007 at 10:30 a.m., in Courtroom 21D, U. S. District Court, 500 Pearl Street, New York, New York 10007.

Any scheduling difficulties must be brought to the attention of the Court in writing.

Dated: October 2, 2007
       White Plains, New York

                                                So Ordered

                                                Kenneth M. Karas, U.S.D.J

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```