U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 1, 2008

**BY FACSIMILE**                                    **MEMO ENDORSED**

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas St., Room 533
New York, New York 10601

        Re:    United States v. Mario Arnaldo Henriquez,
               05 Cr. 1314 (KMK)

Dear Judge Karas:

      The Government respectfully submits this letter in response to Mr. Henriquez's letter dated April 22, 2008, in which he requested that Your Honor assist him in being transferred from "county jail" to a federal facility. Based on my discussions with various individuals at the United States Marshal Service, I understand that he will be moved tomorrow.

      According to the Marshal Service, in-custody defendants to be sentenced in the White Plains courthouse are frequently transferred to the Westchester County Jail for some period of time in advance of sentencing. Once the Court forwards the J&C to the Marshals, the Marshals then notify the Bureau of Prisons that the defendant needs to be designated. After the BOP issues a designation, the Marshals then will transfer the defendant to BOP custody. Deputy Marshal John Csakany, who oversees prisoner transportation for the White Plains courthouse, advises me that the process of returning a defendant to a federal facility can take anywhere from 2 weeks to 2 months from the date that the Marshals receive the J&C commitment order.

      Mr. Henriquez was sentenced on March 28, and the J&C subsequently issued on April 16. Deputy Marshal Csakany informed me earlier today that Mr. Henriquez will be moved tomorrow.

If Your Honor requires any additional information, please do not hesitate to contact me.

> Very truly yours,
>
> MICHAEL J. GARCIA
> United States Attorney
>
> By: *William J. Stellmach*
> William J. Stellmach
> Assistant United States Attorney
> Telephone: (212) 637-2101

cc: Bennett Epstein, Esq. (by facsimile)

*The Clerk is respectfully requested to docket this letter*

SO ORDERED

_____
KENNETH M. KARAS, U.S.D.J.
5/1/08